Case 4:21-cv-00510-JM   Document 29   Filed 08/06/21   Page 1 of 4

U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
FILED
AUG - 6 2021
TAMMY H. DOWNS
By:_____
DEPUTY CLERK
IN OPEN COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| In the Matter of S.C, M.C | ) |
| | ) |
| **Claire Lise Colvert Verot,** | ) |
| | ) |
| Petitioner, | ) |
| | ) Case No. 4:21-cv-510 |
| v. | ) |
| | ) |
| **Joshua David Colvert,** | ) |
| | ) |
| Respondent. | ) |
| | ) |

## VOLUNTARY RETURN ORDER

This Voluntary Return Order is made pursuant to the 1980 Convention on the Civil Aspects of International Child Abduction (the "Hague Convention"), and the International Child Abduction Remedies Act ("ICARA"), 22 U.S.C. 9001 *et seq.*, and with the express consent and agreement of all parties, and with both parties having expressly submitted to the personal jurisdiction of this Court, as evidenced by the signatures of the parties and both parties' counsel below.

It is therefore this __6th__ day of August 2021, by the United States District Court for the Eastern District of Arkansas, hereby **ORDERED**:

1. That by agreement of the parties, S.C., born in 2015, and M.C., born in 2017 (the "minor children"), shall return to Switzerland in Petitioner's care forthwith, subject to the following undertakings:

    a. That by agreement of the parties, the minor children shall temporarily reside with Petitioner, who shall have temporary custody of the minor children, subject to Respondent's temporary access schedule as follows for the upcoming school year and Summer 2022:

1

i. The parties shall alternate the minor children's school breaks for the upcoming school year longer than one week, with the Father having the minor children during Fall Break 2021 and Spring Break 2022 and the Mother having the minor children during Christmas Break 2021 and Easter Break 2022.

ii. The parties shall split the minor children's school Summer Break in 2022 with the Father having the first half of the Summer Break and the Mother having the second half of the Summer Break.

iii. The Father's access to the minor children may take place in the United States, and the Mother agrees to pay for the minor children's flight expenses to the United States for the Fall, Spring Breaks and Summer Breaks above. The parties shall pay their own respective flight expenses whereby the Mother shall be responsible for transferring the minor children to the Father at the beginning of the school breaks and the Father shall be responsible for transferring the minor children to the Mother at the conclusion of the school breaks.

iv. The Father shall have four video calls with the minor children each week at 11:00am (Arkansas time)/6:00pm (Swiss time), or as otherwise agreed between the parties.

b. That by agreement of the parties, both parties shall cooperate and execute all documents necessary to have the terms in this Voluntary Return Order registered in the court of competent jurisdiction in Switzerland as a temporary/interim order and to vacate the June 28, 2021 Super Provisional

order currently in effect in Switzerland and the Provisional order request of May 12, 2021, currently pending in Switzerland (District Court of Sion), without prejudice to refile later. The parties are free to make any further applications to the Swiss courts regarding their respective custody rights. The Father shall not be limited in any respect regarding his visitation or access rights in the future beyond Summer 2022 due to the fact that this agreement is silent as to those rights.

5. The parties agree that the minor children's habitual residence as defined by the Hague Convention on the Civil Aspects of International Child Abduction ("Hague Convention") and the home state as defined by the Uniform Child Custody and Jurisdiction and Enforcement Act ("UCCJEA") as of the date of this agreement and in the future will be Switzerland. As such, all future custody/visitation or other issues pertaining to the minor children shall be determined by the courts in Switzerland.

6. Respondent shall dismiss his Complaint for Divorce currently pending in Saline County, Arkansas.

7. Petitioner agrees not to file any criminal charges against Respondent related to any matter pertaining to the facts of this instant matter or any other potential criminal issue prior to the date of this agreement.

8. The parties shall be each responsible for their own attorney's fees in connection with this instant proceeding.

9. That by agreement of the parties, upon the return of the minor children to Switzerland, Petitioner shall file a notice in this Court that the minor children have been returned and no further action will be taken pursuant to this matter.

10. This Order is not a determination of the merits of any custody issues within the meaning of Article 19 of the Hague Convention.

11. This Voluntary Return Order is made under the authority of 22 U.S.C. 9003(a), conferring original jurisdiction upon this Court, and under the authority of the 1980 Hague Convention.

IT IS SO ORDERED:

_____
Hon. Jay Moody
United States District Judge

8/6/21
Date

**APPROVED AS TO**
**FORM AND CONTENT:**

_____
Claire Lise Colvert Verot
Petitioner

_____
Richard Min
Attorney for Petitioner

_____
Joshua David Colvert
Respondent

_____
Jim Wyatt
Attorney for Respondent